UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-23883-Civ-COOKE/TORRES

NEW ENGLAND LEAD BURNING
COMPANY, INC.,

      Plaintiff,

vs.

DORAL IMAGING INSTITUTE, LLC,
DORAL IMAGING INTERNATIONAL, LLC,
DORAL IMAGING INTERNATIONAL COLOMBIA S.A.S.,
CLÍNICA LA ASUNCIÓN,
ALBERTO D. GIL DE MONTES AND VIANA E. VIVAR,

      Defendants.
_____/

## FINAL JUDGMENT

It is **ORDERED and ADJUDGED**, that final judgment is entered in favor of the Plaintiff, New England Lead Burning Company, Inc., and against Defendants Doral Imaging Institute, LLC, Doral Imaging International, LLC, Doral Imaging International Colombia S.A.S., Alberto D. Gil De Montes, and Viana E. Vivar jointly and severally. The Plaintiff is awarded damages in the amount of $252,555.00, inclusive of all damages, contractual interest, late fees, and charges accrued to date.

The Clerk shall **CLOSE** this case. Any pending motions are **DENIED** as moot.

**DONE and ORDERED** in chambers, at Miami, Florida, this 30th day of November 2014.

                                                  MARCIA G. COOKE
                                                  United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*